

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-19-00427-CV

---

TOMORROW TELECOM, INC. AND TOMORROW WEST, LLC, APPELLANTS

V.

JEREMY JOHNSON, APPELLEE

---

On Appeal from the 237th District Court
Lubbock County, Texas
Trial Court No. 2017-527,516, Honorable Les Hatch, Presiding

---

March 2, 2020

## ORDER ON MOTION FOR ACCESS TO SEALED RECORDS

### Before QUINN, C.J., and PARKER and DOSS, JJ.

Pending before the Court is the *Motion for Access to Sealed Records* filed by appellants, Tomorrow Telecom, Inc. and Tomorrow West, LLC.  During a hearing before the trial court on August 23, 2019, "Exhibit P-4" was admitted into evidence under seal. The exhibit was filed under seal with this Court in volume 4 of the reporter's record. Appellants now request access to the sealed record.  We grant their motion.

Accordingly, we order the sealed volume 4 of the reporter's record to be made available to the attorneys of record for the purpose of preparing briefs and motions in this

appeal. The Clerk of this Court shall make the sealed record available through the Attorney Portal (https://attorneyportal.txcourts.gov) in a format that is accessible only to the attorneys of record. Appellate counsel may review the contents of the sealed record but may not print or copy any of its contents. The parties and their counsel are ordered not to disclose or disseminate any information contained in the sealed record to any other person or entity. Should the parties address any arguments related to evidence contained in the sealed record, the parties are ordered to note on the cover page of their respective briefs the following: "BRIEF CONTAINS SEALED MATERIALS." The Clerk shall remove access to the sealed record from the Attorney Portal after submission of the appeal to the Court.

It is so ordered.

Per Curiam